**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00242-RPM-KMT

VALERIE ROBINSON,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Pennsylvania corporation,

       Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

                        BY THE COURT:

                        s/Richard P. Matsch

March 14, 2013

_____     _____
DATE                              Richard P. Matsch, Senior District Judge